MILDRED A. HUTZELMAN, as Administratrix, etc., of JOHN JOSEPH HUTZELMAN, Deceased, Respondent, v. D. MOSKOWITZ & SONS, INC., Appellant.— On appeal by defendant, in an action for damages for death by wrongful act, from a judgment for plaintiff, entered on a jury verdict, judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.